JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| PAULO CESAR MORENO MENDEZ,<br><br>Petitioner,<br><br>v.<br><br>FERETI SEMAIA et al.,<br><br>Respondents. | Case No. 5:26-cv-06578-DFM<br><br>JUDGMENT |

Pursuant to the Order Granting in Part Unopposed Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted in part. Respondents shall release Petitioner Paulo Cesar Moreno Mendez (A# 087-240-330) on the conditions in effect, if any, immediately prior to his October 23, 2026 detention. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: November 17, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge